# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE MICHAEL RIVERA,** | : |
| Petitioner | : CIVIL ACTION NO. 3:13-2225 |
| v. | : (JUDGE MANNION) |
| **WARDEN DAVID EBBERT,** | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations.  See 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability.  See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  January 27, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2225-01-ORDER.wpd

1